1068

No. 00–8641.  SOLTERO *v.* INGLE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–8655.  WHEELER *v.* JONES, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 00–8707.  VASTA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 00–8710.  TUCKER *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 00–8739.  PAGE *v.* SCHOMIG, WARDEN.  Sup. Ct. Ill.  Certiorari denied.

No. 00–8770.  CHILDS *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 00–8783.  MONTGOMERY *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 00–8829.  TIFFANY *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 00–8987.  JACKSON *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 00–9099.  FORD *v.* HEAD, WARDEN.  Sup. Ct. Ga.  Certiorari denied.

No. 00–9177.  HUNTER *v.* SMITH, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–9178.  HERNANDEZ *v.* PIERSON, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 00–9179.  FUHR *v.* KEMNA, SUPERINTENDENT, CROSS-ROADS CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 00–9181.  HALL *v.* OHIO.  Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 00–9183.  HOLLEMAN *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS.  C. A. 5th Cir.  Certiorari denied.